A12A0581. SPRUILL et al. v. GEORGIA DEPARTMENT OF
HUMAN SERVICES et al.
(759 SE2d 57)

McFADDEN, Judge.

In *Spruill v. Ga. Dept. of Human Svcs.*, 317 Ga. App. 226 (729 SE2d 654) (2012), this court reversed the trial court's dismissal of the underlying complaint. The Supreme Court of Georgia reversed that

---

opinion in *Ga. Dept. of Human Svcs. v. Spruill*, 294 Ga. 100 (751 SE2d 315) (2013). We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the trial court.

*Judgment affirmed. Barnes, P. J., and McMillian, J., concur.*

DECIDED MAY 20, 2014.

*James A. Attwood*, for appellants.

*Samuel S. Olens, Attorney General, Jennifer L. Dalton, Senior Assistant Attorney General, Ronald S. Boyter, Assistant Attorney General*, for appellees.